ACCEPTED
01-15-00396-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 2:30:50 PM
CHRISTOPHER PRINE
CLERK

# CASE NO. 01-15-00396-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 2:30:50 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE FIRST COURT OF APPEALS**
**HOUSTON, TEXAS**

**John W. Hankins**

**v.**

**Sarah T. Harris**

**On Appeal from the 333rd Judicial District Court**
**of Harris County, Texas**
**Trial Court Case No. 2014–01360**

**APPELLANT'S FIRST UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant, John W. Hankins requests a 7–day extension to file his reply brief and for good cause, would show as follows:

1.     Hankins' reply brief is due on November 23, 2015.

2.     This is Hankins' first motion for extension of time to file his reply brief.

3.     Hankins respectfully requests a 7–day extension to file his reply brief so that the undersigned can adequately prepare the same.

1

4.     The undersigned's litigation docket during the last two weeks has prevented him from completing Hankins' reply brief in this case. Specifically, the undersigned:

- Prepared and filed a brief on the merits with the Supreme Court of Texas on November 12, 2015, in the case–styled and numbered, *Ex parte Norman Crittenden*, Case No. 15–0184.

- Prepared and filed a brief on the merits with the Supreme Court of Texas on November 12, 2015, in the case–styled and numbered, *McLean v. Livingston*, Case No. 15–0100.

- Prepared and filed a reply brief on the merits with the Supreme Court of Texas on November 12, 2015, in the case–styled and numbered, *Steve Bumpas Custom Homes, Inc. v. Chris Wallace, et al*, Case No. 15–0321.

- Prepared and filed a motion for rehearing with the Supreme Court of Texas on November 10, 2015, in the case–styled and numbered, *Worldwide Clinical Trials v. Arnold*, Case No. 14–0786.

- Prepared and prosecuted a jury trial on November 18, 2015.

- Prepared and presented a CLE seminar in El Paso on November 19, 2015.

5.     Also, the undersigned's grandmother passed away last week. The undersigned attended her funeral on November 20, 2015, which caused him to be out of the office.

6.     Also, the undersigned had various meetings, prepared motions and briefs to be filed in other cases, prepared responses to motions, attended

hearings, and conducted activities usually associated with a litigation practice in the last two weeks.

7.     As such, the undersigned has not had sufficient time to prepare the reply brief in this case.

8.     Pursuant to TEX. R. APP. P. 10.3, the undersigned conferred with counsel for the Appellee, and counsel is unopposed to this motion.

FOR THESE REASONS, Appellant prays that this Honorable Court grant this motion for extension of time and extend the deadline for filing his reply brief to November 30, 2015, and requests all other relief to which he may be entitled.

Respectfully submitted,

LEYH, PAYNE & MALLIA, PLLC


By: */s/ Sean M. Reagan*
      Sean Michael Reagan
      sreagan@lpmfirm.com
      Texas Bar No. 24046689
      9545 Katy Freeway, Suite 200
      Houston, Texas 77024
      Telephone: 713-785-0881
      Facsimile: 713-784-0884

**ATTORNEY FOR APPELLANT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this document has been served to all interested parties of record on November 23, 2015 as follows:

| | |
|---|---|
| Brian B. Kilpatrick | *Via Email* |
| H. Fred Cook | *Via Email* |
| Wilson, Cribbs & Goren, P.C. | |
| 2500 Fannin Street | |
| Houston, Texas 77002 | |
| | |
| Jarrett L. Ellzey | *Via Email* |
| W. Craft Hughes | *Via Email* |
| Hughes Ellzey, L.L.P. | |
| 2700 Post Oak Blvd., Suite 1120 | |
| Galleria Tower I | |
| Houston, Texas 77056 | |
| | |
| Hartley Hampton | *Via Email* |
| Hampton & King | |
| 3 Riverway, Suite 910 | |
| Houston, Texas 77056 | |
| | |
| William Feldman | *Via Email* |
| Michael J. Mazzone | *Via Email* |
| Michael T. Powell | *Via Email* |
| Robert Carlton | *Via Email* |
| Haynes & Boone, LLP | |
| 1221 McKinney Street, Suite 2100 | |
| Houston, Texas 77010-2007 | |

/s/ *Sean M. Reagan*
Sean M. Reagan